UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MICHELLE CASTELLUCCIO AND THOMAS
CASTELLUCCIO

          Plaintiffs,

                                             08 Civ 00448 (CLB)

    -against-                                 JUDGMENT

IAN M. RUBINS, M.D.

          Defendant.
------------------------------------X



      Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on April 2, 2008, having handed down an endorsed letter from Gregory Kuczinski, dated April 2, 2008, dismissing this action without prejudice and without costs, it is,

      **ORDERED, ADJUDGED AND DECREED:** that this action is dismissed without prejudice and without costs, and the case is hereby closed.

DATED: White Plains, N.Y.
          April 4, 2008

                                                        J. Michael McMahon
                                                        Clerk of the Court

E.O.D. 04-04-2008

I:\JUDGMENT\CASTELLUCCIO.448.wpd